

# Fourth Court of Appeals
## San Antonio, Texas

March 10, 2022

No. 04-20-00603-CV

Richard **LARES**,
Appellant

v.

Martha **MUNIZ**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-107990
Honorable Michael E. Mery, Judge Presiding

**O R D E R**

The appellee's brief was due on February 3, 2022.  Neither the appellee's brief nor a motion for extension of time to file the appellee's brief has been filed.  This appeal will be set "at issue" in ten days.  If the appellee's brief and a written response stating a reasonable explanation for failing to timely file the brief is not filed *within ten (10) days* from the date of this order, this appeal will be set for submission without an appellee's brief.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of March, 2022.

_____
Michael A. Cruz,
Clerk of Court